1  William Crosby (49357)
   wcrosby@wcrosbylaw.com
2  CROSBY LAW
   13522 Newport Ave., Ste. 201
3  Tustin, CA 92780
   Ph: (714) 544-2493
4  Fx: (714) 544-2497

5  Attorneys for Plaintiff,
   PAOLA AYALA
6
   Dorota A. James (309933)
7  dorota.james@dinsmore.com
   DINSMORE & SHOHL LLP
8  655 W Broadway, Suite 800
   San Diego, CA 92101
9  Ph: (619) 400-0500
   Fx: (619) 400-0501
10
   Attorney for Defendant,
11 UNITED PARCEL SERVICE, INC.

12

13              UNITED STATES DISTRICT COURT

14              CENTRAL DISTRICT OF CALIFORNIA

15

16 | PAOLA AYALA,                          | CASE NO.: 8:23-CV-01672-CJC (ADSx)

17 |         Plaintiff,                    | **JOINT NOTICE OF SETTLEMENT**

18 | v.                                    | District Judge: Hon. Cormac J. Carney
                                            Mag. Judge: Hon. Autumn D. Spaeth
19 | UNITED PARCEL SERVICE, INC.            Complaint filed: July 12, 2023
   | an Ohio corporation; DOES I           | Response Due State Court: September 8, 2023
20 | through X, inclusive,                 | Response Due Fed. Court: September 15, 2023
                                            New Response Deadline: October 6, 2023
21 |         Defendants.                   | Trial date: Not Yet Set

22

23

24

25     Plaintiff Paola Ayala ("Plaintiff"), by and through her counsel of record; and

26 Defendant United Parcel Service, Inc. ("Defendant"), by and through its counsel of

27 record, hereby jointly notify the Court that a global settlement has been reached in the

28 above-captioned case.

In the interest of preserving the resources of the Court and of the Parties, the Parties respectfully request that the Court vacate all dates with the expectation that a Joint Stipulation of Dismissal with prejudice of all causes of action will be filed with the Court within 45 days.

Dated: October 4, 2023          CROSBY LAW

                                        By: */s/ William M. Crosby*
                                               WILLIAM M. CROSBY
                                               Attorneys for Plaintiff
                                               PAOLA AYALA

Dated: October 4, 2023          DINSMORE & SHOHL LLP

                                        By: */s/ Dorota A. James*
                                               DOROTA A. JAMES
                                               Attorneys for Defendant
                                               UNITED PARCEL SERVICE, INC.

**ATTESTATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I, Dorota A. James, hereby attest that all other signatories listed, and on whose behalf the document is submitted, concur in the document's content and have authorized its filing and the placement of their electronic signatures above.

Dated: October 4, 2023

DINSMORE & SHOHL LLP

By: /s/ Dorota A. James
DOROTA A. JAMES
Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

# CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on October 4, 2023, a true copy of this document was served by electronic mail upon all registered CM/ECF users, and by United States Postal Service upon all non-registered CM/ECF users in this case as indicated below:

William M. Crosby
CROSBY LAW
13522 Newport Ave., Ste. 201
Tustin, CA 92780
T: (714) 544-2493
F: (714) 544-2497
E: wcrosby@wcrosbylaw.com

I declared under penalty of perjury under the laws of the United States of America that the above is true and correct.

/s/ Dorota A. James
Dorota A. James